# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation, <br><br>    Plaintiff-Appellant, <br><br> HOSSEIN and DEBRA LYNN TARAGHI, <br><br>    Third-Party Defendants-Appellants <br> v. <br><br> SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation <br><br>    Defendant -Appellee. | Case No. 14-1408 <br> (D.C. No. 1:11-CV-01611) |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

    In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for <u>Defendant-Appellee Suncor Energy (U.S.A.) Inc.</u>, in the subject case.

    Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☒    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐    There are no such parties, or any such parties have heretofore been disclosed to the court.

**A-5**  Entry of Appearance Form 10/09

*s/ Anthony J. Shaheen*
Anthony J. Shaheen

*s/ Christopher A. Chrisman*
Christopher A. Chrisman

HOLLAND & HART, LLP
555 17th Street, Ste. 3200
P.O. Box 8749
Denver, CO 80201-8749
303-295-8054 (AJS phone)
303-295-8013 (CAC phone)
303-295-9126 (fax)
ajshaheen@hollandhart.com
cachrisman@hollandhart.com

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation,<br><br>    Plaintiff-Appellant,<br><br>HOSSEIN and DEBRA LYNN TARAGHI,<br><br>    Third-Party Defendants-Appellants<br><br>v.<br><br>SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation<br><br>    Defendant-Appellee. | Case No. 14-1408<br>(D.C. No. 1:11-CV-01611) |

## Certificate of Interested Parties

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

Pursuant to 10th Cir. R. 46.1(D)(2), Suncor Energy (U.S.A.) Inc. ("Suncor") states as follows:

> Dillon Companies, Inc.
> Represented below by:
> Christopher Anthony Taravella
> Michael Robert McCormick
> Montgomery Little & Soran, P.C.
> 5445 DTC Parkway, Suite 800
> Greenwood Village, CO  80111-3053
> ctaravella@montgomerylittle.com
> mmccormick@montgomerylittle.com

Appellate Case: 14-1408     Document: 01019327962     Date Filed: 10/20/2014     Page: 4

Attorneys not entering an appearance in this Court who have entered an appearance below:

Keeya M. Jeffrey, Holland & Hart LLP.  Attorney is no longer with Holland & Hart.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this **ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES** was served on October 21, 2014, via ECF to:

    Kenneth R. Bennington, Esq.
    Kathleen Ellen Craigmile, Esq.
    Adam F. Aldrich, Esq.
    Jeffrey H. McClelland, Esq.
    Bennington Johnson Biermann & Craigmile, LLC
    370 17th Street, Suite 3500
    Denver, CO 80202

*s/ Susanne Johnson*

7264271_1