# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation, | Case No. 14-1408 |
|     Plaintiff-Appellant, | (D.C. No. 1:11-cv-01611-MSK-CBS) |
| HOSSEIN and DEBRA LYNN TARAGHI, | |
|     Third-Party Defendants-Appellants, | |
| v. | |
| SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, | |
|     Defendant-Appellee. | |

    In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for Western Convenience Stores, Inc., Plaintiff-Appellant and Hossein and Debra Lynn Taraghi, Third-Party Defendants-Appellants, in the subject case.

    Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows:  **(Check one.)**

☒    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐    There are no such parties, or any such parties have heretofore been disclosed to the court.

Appellate Case: 14-1408     Document: 01019328892     Date Filed: 10/21/2014     Page: 2

*s/ Kenneth R. Bennington*

_____

*s/ Kathleen E. Craigmile*

_____

*s/ Jeffrey H. McClelland*

_____

BENNINGTON JOHNSON BIERMANN &
CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

**A-5**  Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation,<br><br>    Plaintiff-Appellant,<br><br>HOSSEIN and DEBRA LYNN TARAGHI,<br><br>    Third-Party Defendants-Appellants,<br><br>v.<br><br>SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,<br><br>    Defendant-Appellee. | Case No. 14-1408<br><br>(D.C. No. 1:11-cv-01611-MSK-CBS) |

## Certificate of Interested Parties

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

    Plaintiff-Appellant and Third-Party Defendant-Appellants state that there are no interested non-parties to this appeal.

    Attorneys not entering an appearance in this Court who have entered an appearance below:

    Philip W. Bledsoe
    Joseph T. VanLandingham
    Polsinelli, P.C.
    1225 Seventeenth Street, 29th Floor
    Denver, CO 80202-9300

Messrs. Bledsoe and VanLandingham co-represented Plaintiff-Appellants and Third-Party Defendant-Appellants below.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 21, 2014, a copy of this Entry of Appearance and Certificate of Interested Parties was served via ECF on the following:

Anthony J. Shaheen
Christopher A. Chrisman
Holland & Hart, LLP
555 17th Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
ajshaheen@hollandhart.com
cachrisman@hollandhart.com

                                        *s/ Marie Newberger*

                                        _____