**CIRCUIT MEDIATION OFFICE**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

November 21, 2014

Kenneth R. Bennington, Esq.
Bennington, Johnson, Biermann & Craigmile
370 17th Street, Suite 3500
Denver, CO  80202

Anthony Joseph Shaheen, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202

John Robert Robertson, Esq.
Hogan Lovells
7930 Jones Branch Drive
McLean, VA  22102

Michael E Korenblat, Esq.
Suncor Energy Services
717 17th Street, Suite 2900
Denver, CO  80202

RE:  No. 14-1408 – Western Convenience Stores v. Suncor Energy et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the docketing statement and transcript order form is extended to **December 23, 2014**.

Sincerely,

KYLE ANN SCHULTZ