# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation,<br><br>Plaintiff-Appellant,<br><br>HOSSEIN and DEBRA LYNN TARAGHI,<br><br>Third-Party Defendants-Appellants<br>v.<br><br>SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation<br><br>Defendant -Appellee. | Case No.  14-1408<br>(D.C. No. 1:11-CV-01611) |

## Stipulated Dismissal of Appeal

Pursuant to Rule 42(b), the parties stipulate to the dismissal with prejudice of the appeal captioned above.  With respect solely to this appeal, upon the appeal's dismissal with prejudice, each of the parties shall bear its own attorneys' fees and costs.

Dated: December 23, 2014

| | |
|---|---|
| *s/ Anthony J. Shaheen* | *s/Kenneth R. Bennington* |
| Anthony J. Shaheen | Kenneth R. Bennington |
| *s/ Christopher A. Chrisman* | *s/Kathleen E. Craigmile* |
| Christopher A. Chrisman | Kathleen E. Craigmile |
| HOLLAND & HART, LLP | *s/Jeffrey H. McClelland* |
| 555 17th Street, Ste. 3200 | Jeffrey H. McClelland |
| Denver, CO 80201-8749 | BENNINGTON JOHNSON BIERMANN & |
| 303-295-8054 (AJS phone) | CRAIGMILE, LLC |
| 303-295-8013 (CAC phone) | 370 17th Street, Suite 3500 |
| 303-295-9126 (fax) | Denver, CO  80202 |
| Attorneys for Appellees | Attorneys for Appellants |

## C̲ERTIFICATE OF S̲ERVICE

I hereby certify that a copy of this **Stipulated Dismissal of Appeal** was served on December 23, 2014, via ECF to:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com


*Anthony J. Shaheen*

7417720_1