**FILED**
United States Court of Appeals
Tenth Circuit

December 24, 2014

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

───────────────────────────────

| | |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation,<br><br>    Plaintiff Counterclaim Defendant – Appellant,<br><br>and<br><br>HOSSEIN TARAGHI; DEBRA LYNN TARAGHI,<br><br>    Third-Party Defendants - Appellants,<br><br>v.<br><br>SUNCOR ENERGY (U.S.A.), INC.,<br><br>    Defendant Counterclaim Third-Party Plaintiff - Appellee. | No. 14-1408<br>(D.C. No. 1:11-CV-01611-MSK-CBS) |

───────────────────────────────

## ORDER

───────────────────────────────

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk