**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | December 24, 2014 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Adam Frederick Aldrich
Bennington, Johnson, Biermann & Craigmile
370 17th Street, Suite 3500
Denver, CO 80202-0000

Mr. Kenneth R. Bennington
Bennington, Johnson, Ruttum & Reeve
370 17th Street
#2480
Denver, CO 80202-0000

Mr. Christopher Anthony Chrisman
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Kathleen Ellen Craigmile
Bennington, Johnson, Biermann & Craigmile
370 17th Street
Suite 3500
Denver, CO 80202-0000

Mr. Michael E Korenblat
Suncor Energy Services
717 17th Street, Suite 2900
Denver, CO 80202

Mr. Jeffrey H. McClelland

Bennington, Johnson, Biermann & Craigmile
370 17th Street, Suite 3500
Denver, CO 80202-0000

Mr. William Leitzsey Monts III
Hogan Lovells
555 Thirteenth Street, NW
Washington, DC 20004

Mr. John Robert Robertson
Hogan Lovells
Park Place II
7930 Jones Branch Drive
McLean, VA 22102-3302

Mr. Anthony Joseph Shaheen
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202

**RE:**     14-1408, Western Convenience Stores v. Suncor Energy, et al
        Dist/Ag docket: 1:11-CV-01611-MSK-CBS

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

                    Sincerely,

                    *Elisabeth A. Shumaker*

                    Elisabeth A. Shumaker
                    Clerk of the Court

EAS/sds

2